U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PARVIN ARJMANDI as )<br>Trustee of the LAMH TRUST, )<br>individually and on behalf of all others )<br>similarly situated )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RW SUPPLY AND DESIGN, LLC; and )<br>TECKTON CORPORATION )<br>)<br>Defendant. ) | CLASS ACTION<br><br>JURY DEMAND<br><br>Case No. 3-24-00704 |

# PLAINTIFF'S[1] STATUS REPORT

Plaintiff Parvin Arjmandi, as Trustee of the LAMH Trust, individually and on behalf of all others similarly situated, hereby submits the following report in response to this Court's September 18, 2025 Order (Dkt. 50). The Parties have resolved the following issues following the September 17, 2025 status conference:

1. The Parties have agreed on a date (October 4, 2025) and protocol for inspection of the preserved planks of the wood flooring product at issue in this case.

2. The Parties have agreed on deposition dates for the Plaintiff's witnesses (November 5 and 6).

3. The Plaintiff has provided an executed verification for interrogatories and supplemental interrogatories.

4. The Plaintiff will supplement her responses to Interrogatory #11, as ordered by the Court.

The Parties have not reached any agreement with respect to the issues raised in Plaintiff's motion to compel, which has not yet been addressed by the Court.

---

[1] Plaintiff prepared and circulated a proposed joint status report, but the Parties were unable to reach agreement on a joint filing, as detailed below.

1

The Defendants agreed with the foregoing aspects of report, but asked the Plaintiff to also include the following representation to the Court in a joint report: "The Parties continue to work on the scope of defendants' responses to discovery in good faith and hope to report to the court no later than [October] 6, 2025." This was news to the Plaintiff. If the Defendants are considering any change of their position, or supplementation of their discovery responses, it has not been communicated to the Plaintiff.

Respectfully submitted,

s/Mark Hammervold
Mark Hammervold, TN #31147
Hammervold Law
155 S. Lawndale Ave.
Elmhurst, IL 60126
405.509.0372
mark@hammervoldlaw.com

*Attorney for the Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I filed the foregoing pleading through the CM/ECF system and all counsel of record were thereby served:

Steve Meisner (smeisner@bkblaw.com)
Angelica Santiago (asantiago@bkblaw.com)
Brewer Krause Brooks, Chastain & Meisner
*Counsel for the Defendants*

**s/Mark Hammervold**